UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),                        CASE NO. 06-20049

v.

                                        HONORABLE AVERN COHN

D-1, ROBIN ANDERSON,

       Defendant(s).
_____/

### ORDER DENYING MOTION FOR A SENTENCING REDUCTION
### PURSUANT TO TITLE 18 U.S.C §3582 (C)(2)

On April 10, 2008 defendant was sentenced to a custody term of 100 months for Possession with Intent to Distribute Cocaine Base 21 U.S.C. §841(a)(1) . The guideline offense level was determined under the Career Offender provision. Defendant has filed a motion for a sentencing reduction under USSG §1B1.10. In light of being sentenced as a Career Offender defendant is not entitled to relief under USSG §1B1.10. Accordingly the motion for sentencing reduction is DENIED.

       SO ORDERED.


Dated: December 14, 2011         s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Robin Anderson, Register No. 39760-039, Metropolitan Detention Center, P.O. Box 392002, Brooklyn, NY 11232 and counsel of record on this date, December 14, 2011, by electronic and/or ordinary mail.


                                                s/Julie Owens
                                                Case Manager, (313) 234-5160